UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 JIVAN YAKOOB,

        Defendant.

_____/

Case: 2:07-cr-20084
Assigned To: Cohn, Avern
Referral Judge: Majzoub, Mona K
Filed: 02-22-2007 At 03:43 PM
INDI USA V. YAKOOB (TAM)

VIOLATION: 18 U.S.C. § 2422(b);
18 U.S.C. § 2423(b)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. §2422(b) – *Coercion To Commit Illegal Sexual Activity*)

D-1 JIVAN YAKOOB

From on or about October 4 through November 17, 2006, in the Eastern District of Michigan, Southern Division, defendant JIVAN YAKOOB did, by communicating in interstate commerce via computer and the internet, knowingly attempt to persuade, induce, entice and coerce a individual who had not yet attained the age of 18 years to engage in sexual activity for which he could have been charged with a criminal offense, to-wit: Computer contact with a person under 14 for criminal purpose (Criminal Code of Canada, §172.1(1)(c)), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

(18 U.S.C. §2423(b) – *Travel With Intent To Engage In Illicit Sexual Conduct*)

D-1 JIVAN YAKOOB

On or about November 17, 2006, in the Eastern District of Michigan, Southern Division, defendant JIVAN YAKOOB did travel in foreign commerce for the purpose of engaging in illicit sexual conduct with another person, whom he believed to be under 14 years of age and, further, did use a computer to persuade, induce, entice, and coerce the victim to engage in such prohibited conduct, all in violation of Title 18, United States Code, Section 2423(b).



THIS IS A TRUE BILL.

s/Grand Jury Foreperson
FOREPERSON

STEPHEN J. MURPHY
UNITED STATES ATTORNEY

s/John O'Brien, II
Assistant United States Attorney
Deputy Chief, General Crimes Unit

s/JEANINE JONES   P55429
Assistant United States Attorney

Dated:

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:07-cr-20084<br>Assigned To: Cohn, Avern<br>Referral Judge: Majzoub, Mona K<br>Filed: 02-22-2007 At 03:43 PM<br>INDI USA V. YAKOOB (TAM) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials:   JMJ |

Case Title:   USA v. D-1 JIVAN YAKOOB

County where offense occurred :   Oakland County

Check One:     ☐ Felony          ☐ Misdemeanor          ☐ Petty

   **XX**  Indictment/____Information --- **no** prior complaint.
   ____ Indictment/____Information --- based upon prior complaint [Case number:  ]
   ____ Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____     Judge: _____

   ☐   Original case was terminated; no additional charges or defendants.
   ☐   Corrects errors; no additional charges or defendants.
   ☐   Involves, for plea purposes, different charges or adds counts.
   ☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 21, 2007
Date

Jeanine M. Jones
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9597
Fax: (313) 226-2372
E-Mail address: jeanine.m.jones@usdoj.gov
Attorney Bar #: P 55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04