MIE 800 Generic Notice of Hearing (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff(s),

                                        CASE NUMBER: 07-20084

v.                                      HONORABLE AVERN COHN

JIVAN YAKOOB,
                    Defendant(s).
_____/

## NOTICE OF:
## JURY TRIAL

You are hereby notified to appear before the Honorable Avern Cohn, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 219 |
|------|------|----------|
| **Monday, April 30, 2007** | **9:00 a.m.** | **Theodore Levin U.S. Courthouse**<br>**231 W. Lafayette**<br>**Detroit, Michigan 48226** |

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon the attorneys of record on this date March 1, 2007 by ordinary mail and/or electronic mail.

Date:  March 1, 2007

s/ Julie Owens
Deputy Clerk                    313-234-5160