AO 442 (Rev. 5/93) Warrant for Arrest

AUSA Jeanine M. Jones (313) 226-9597
Special Agent Mike MacBride

# United States District Court

**FILED MAR - 1 2007**
**CLERK'S OFFICE**
**DETROIT**

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

**JIVAN YAKOOB**

## WARRANT FOR ARREST

Case: 2:07-cr-20084
Assigned To: Cohn, Avern
Referral Judge: Majzoub, Mona K

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JIVAN YAKOOB__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

XX Indictment  Information  Complaint  Order of Court  Violation Notice  Probation Violation Petition

charging him or her with (brief description of offense)

**COERCION TO COMMIT ILLEGAL SEXUAL ACTIVITY**

in violation of Title __18__ United States Code, Section(s) __2422 and 2423__

Teresa McGovern
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Title of Issuing Officer: **DEPUTY CLERK**

**FEB 2 2 2007** Detroit, Michigan
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/28/2007 | Michael MacBride Special Agent | _[signature]_ |

AO 442 (Rev. 5/93) Warrant for Arrest