UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

                                              Case No. 07-20084
-vs-                                   Judge Avern Cohn

JIVAN YAKOOB,

    Defendant-Appellant.

                                       /

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR VIOLATION OF 18 U.S.C. § 4111 AND THE EXTRADITION TREATY BETWEEN THE UNITED STATES AND CANADA

For the reasons stated on the record at the hearing of July 28, 2008, Defendant's Motion to Dismiss the Indictment for Violation of 18 U.S.C. § 4111 and the Extradition Treaty between the United States and Canada is DENIED.

    SO ORDERED.

Dated: July 29, 2008                    s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 29, 2008, by electronic and/or ordinary mail.

                                         s/Julie Owens
                                       Case Manager, (313) 234-5160