UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                              Case No. 07-20084
-vs-                              Judge Avern Cohn

JIVAN YAKOOB,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR REMOVAL OF TETHER AS A BOND CONDITION

For the reasons stated on the record at the hearing of July 28, 2008, Defendant's Motion for Removal of Tether as a Bond Condition is GRANTED.

SO ORDERED.


Dated: July 29, 2008                    s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 29, 2008, by electronic and/or ordinary mail.


                                                        s/Julie Owens
                                                      Case Manager, (313) 234-5160