UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 07-20084

JIVAN YAKOOB,                        HONORABLE AVERN COHN

    Defendant.

_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

Defendant has moved for reconsideration of the order denying defendant's pretrial motions (Doc. 49). In the order the Court denied dismissal of the indictment on the claim that defendant was effectively extradited from Canada to the United States, and therefore the extradition treaty between the United States and Canada bars prosecution. In the motion for reconsideration defendant cites a document in the record of the Canadian prosecution which states in its boiler plate portion that the defendant must

1. Leave Canada forthwith and do not return except for prearranged appointments with your lawyer or for court appearances.

The document is titled "Recognizance of Bail" and is dated November 20, 2006. It apparently allowed defendant pretrial release.

The document has no relevance to the prosecution of defendant in the United States; it does not support defendant's argument.

The motion for reconsideration is DENIED.

SO ORDERED.

       s/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

Dated: February 10, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 10, 2009, by electronic and/or ordinary mail.

       S/Julie Owens
       Case Manager, (313) 234-5160