UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

CRIMINAL ACTION
07-CR-20084-01

v.

JIVAN YAKOOB.

    Defendant
_____/

## ORDER

At a session of said Court, held in the
U.S. Courthouse, Detroit, Michigan this
19th day of February 2009

Present: Honorable Avern Cohn
          United States District Judge

    The Court on its own motion has determined that said defendant should be examined as to his mental condition by a qualified psychologist.

    IT IS HEREBY ORDERED that Jivan Yakoob, shall be examined as to his mental condition by Steven R. Miller, Ph.D., P.O. Box 508, 9505 Groh Road, Suite 210, Grosse Ille, Michigan 48138-1700, and that a psychological report shall be made to this Court as promptly as possible. The report shall advise the Court as to the status of the defendant's mental competence and give recommendations, including the potential effects of incarceration.

Avern Cohn
United States District Judge

Date: MAR 04 2009