UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                           Case No. 07-20084

v.

                                           Honorable Avern Cohn

D-1, JIVAN YAKOOB,

       Defendant.
                                       /

## ORDER REQUIRING RESPONSIVE PLEADING

A Petition for Writ of Error Coram Nobis has been filed by the defendant in this matter. Therefore,

**IT IS HEREBY ORDERED** that the plaintiff shall file a response to the motion on or before **September 23, 2011**.

                                                         s/Avern Cohn
                                                   AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE

Dated: September 6, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 6, 2011, by electronic and/or ordinary mail.

                                                       s/Julie Owens
                                                   Case Manager, (313) 234-5160